1  BLANE A. SMITH (SB # 96795)              (SPACE BELOW FOR FILING STAMP ONLY)
   CRAIG E. FARMER (SB #61086)
2  FARMER, MURPHY, SMITH & ALLISTON
   3640 American River Drive, Suite 150
3  Sacramento, California 95864
   Telephone:  (916) 484-3500
4  Fax: (916) 484-3510

5
   Attorneys for THE INSURANCE CORPORATION OF NEW YORK
6

7

8
                        UNITED STATES DISTRICT COURT
9
                        EASTERN DISTRICT OF CALIFORNIA
10
    THE INSURANCE CORPORATION OF            Case No. CIV.S-03-0126 WBS DAD
11  NEW YORK

12              Plaintiff,                   **STIPULATION FOR DISMISSAL;
                                             ORDER**
13  v.

14  LUIS MORA, an individual and dba MORA
    LABOR CONTRACTING; SUNNYCAL
15  FARMS, INC., a corporation; SUNNYCAL
    FRUIT SALES, INC., a corporation; CARL J.
16  BUXMAN, individually and dba
    SUNNYCAL FARMS and SUNNYCAL
17  LAND MANAGEMENT,

18              Defendants.
    _____/
19  AND RELATED COUNTER-CLAIM.
    _____/
20

21       The parties, plaintiff INSURANCE CORPORATION OF NEW YORK and Defendant and

22  Counter-Claimant LUIS MORA dba MORA LABOR CONTRACTING, by and through their

23  attorneys of record, hereby stipulate to dismiss all claims brought by INSURANCE

24  CORPORATION OF NEW YORK against LUIS MORA dba MORA LABOR CONTRACTING

25  and all counter-claims brought by LUIS MORA dba MORA LABOR CONTRACTING against

26  INSURANCE CORPORATION OF NEW YORK, with prejudice.  Each side shall bear its own

27  ///

28  ///

---

- 1 -

STIPULATION FOR DISMISSAL; ORDER

Dockets.Justia.com

1  costs and fees.

2  Dated: June 7, 2005                         FARMER, MURPHY, SMITH & ALLISTON

3

4                                              By_____
                                                   Blane A. Smith
5
                                               Attorneys for THE INSURANCE COMPANY OF
6                                              NEW YORK

7  Dated:                                      WILKINS, DROLSHAGEN & CZESHINSKI LLP
8

9
                                               By_____
10                                                 Alyson Berg

11                                             Attorneys for LUIS MORA dba
                                               MORA LABOR CONTRACTING
12

13                                     **ORDER**

14     IT IS SO ORDERED that the above-specified claims and counter-claim are dismissed, with

15  prejudice.  Each side shall bear its own costs and fees.

16  Dated: June 3, 2005

17

18  _____
    WILLIAM B. SHUBB
19  UNITED STATES DISTRICT JUDGE

20

21  G:\DOCS\SHU\DSHU2\inBOX\Signed\p-StipReDismissal.Order.6.1.05wpd.wpd.efm

22

23

24

25

26

27

28