BLANE A. SMITH (SB # 96795)  (SPACE BELOW FOR FILING STAMP ONLY)
CRAIG E. FARMER (SB #61086)
FARMER, MURPHY, SMITH & ALLISTON
3640 American River Drive, Suite 150
Sacramento, California 95864
Telephone:  (916) 484-3500
Fax: (916) 484-3510

Attorneys for THE INSURANCE CORPORATION OF NEW YORK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE INSURANCE CORPORATION OF NEW YORK,<br><br>            Plaintiff,<br><br>v.<br><br>LUIS MORA, an individual and dba MORA LABOR CONTRACTING; SUNNYCAL FARMS, INC., a corporation; SUNNYCAL FRUIT SALES, INC., a corporation; CARL J. BUXMAN, individually and dba SUNNYCAL FARMS and SUNNYCAL LAND MANAGEMENT,<br><br>            Defendants.<br>_____/<br>AND RELATED COUNTER-CLAIM.<br>_____/ | Case No. CIV.S-03-0126 WBS DAD<br><br>**STIPULATION FOR DISMISSAL; ORDER** |

The parties, plaintiff INSURANCE CORPORATION OF NEW YORK and Defendant and Counter-Claimant LUIS MORA dba MORA LABOR CONTRACTING, by and through their attorneys of record, hereby stipulate to dismiss all claims brought by INSURANCE CORPORATION OF NEW YORK against LUIS MORA dba MORA LABOR CONTRACTING and all counter-claims brought by LUIS MORA dba MORA LABOR CONTRACTING against INSURANCE CORPORATION OF NEW YORK, with prejudice.  Each side shall bear its own

///

///

- 1 -

STIPULATION FOR DISMISSAL; ORDER

costs and fees.

Dated: June 7, 2005                    FARMER, MURPHY, SMITH & ALLISTON


By_____
         Blane A. Smith

Attorneys for THE INSURANCE COMPANY OF
NEW YORK

Dated:                                 WILKINS, DROLSHAGEN & CZESHINSKI LLP


By_____
         Alyson Berg

Attorneys for LUIS MORA dba
MORA LABOR CONTRACTING

**ORDER**

IT IS SO ORDERED that the above-specified claims and counter-claim are dismissed, with prejudice. Each side shall bear its own costs and fees.

Dated: June 3, 2005


_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

G:\DOCS\SHU\DSHU2\inBOX\Signed\p-StipReDismissal.Order.6.1.05wpd.wpd.efm