James H. Wilkins, #116364
Alyson A. Berg, #184795
WILKINS, DROLSHAGEN & CZESHINSKI LLP
7050 N. Fresno Street, Suite 204
Fresno, CA 93720
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant, LUIS MORA, individually
and dba MORA LABOR CONTRACTING

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE INSURANCE CORPORATION OF NEW YORK,<br><br>             Plaintiff,<br><br>     v.<br><br>LUIS MORA, an individual and dba MORA LABOR CONTRACTING; SUNNY CAL FARMS, INC., a corporation; SUNNY CAL FRUIT SALES, INC., a corporation; CARL J. BUXMAN, individually and dba SUNNY CAL FARMS and SUNNY CAL LAND MANAGEMENT, and DOES 1 through 100, inclusive,<br><br>             Defendants.<br><br>AND RELATED COUNTER-CLAIM. | CASE NO.  CIV.S-03-0126 WBS DAD<br><br>**STIPULATION AND ORDER REGARDING DISMISSAL OF ACTIONS BETWEEN FSIM AND MORA**<br><br>Trial Date:     June 21, 2005 |

IT IS HEREBY STIPULATED by and between Counter-Defendant, FOOD SERVICES INSURANCE MANAGERS ("FSIM") through its attorneys of record, McCormick, Barstow, Sheppard, Wayte & Carruth LLP and Defendant and Counter-Claimant LUIS MORA dba MORA LABOR CONTRACTING ("MORA"), through his attorneys of record, Wilkins, Drolshagen & Czeshinski LLP that the claims by MORA against FSIM are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party to bear its own fees and costs.

Stipulation and Order Regarding Dismissal

1  Dated: June___, 2005.                    WILKINS, DROLSHAGEN & CZESHINSKI LLP

2
                                             By _____
3                                                    Alyson A. Berg
                                             Attorneys for Defendant and Counter-Claimant
4                                            LUIS MORA, individually and dba MORA LABOR
                                             CONTRACTING
5

6  Dated: June ___, 2005.                   McCORMICK, BARSTOW, SHEPPARD,
7                                            WAYTE & CARRUTH LLP

8
                                             By_____
9                                                    Jack Fischer
                                             Attorneys for Counter-Defendant FOOD
10                                           SERVICES INSURANCE MANAGERS, INC.

11

12

13        IT IS SO ORDERED.

14  Dated: June 11, 2005.

15

16                                           _____
                                             WILLIAM B. SHUBB
17                                           UNITED STATES DISTRICT JUDGE

18

19

20

21
   G:\DOCS\SHU\DSHU2\inBOX\Signed\stip.ord.dismissal.wpd
22

23

24

25

26

27

28