1  BLANE A. SMITH (SB # 96795)              (SPACE BELOW FOR FILING STAMP ONLY)
   CRAIG E. FARMER (SB #61086)
2  FARMER, MURPHY, SMITH & ALLISTON
   3640 American River Drive, Suite 150
3  Sacramento, California 95864
   Telephone:  (916) 484-3500
4  Fax: (916) 484-3510

5
   Attorneys for THE INSURANCE CORPORATION OF NEW YORK
6

7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 THE INSURANCE CORPORATION OF        Case No. CIV.S-03-0126 WBS DAD
   NEW YORK

12              Plaintiff,              **REQUEST FOR EXTENSION OF TIME
                                        TO FILE CLOSING DOCUMENTS**
13 v.

14 LUIS MORA, an individual and dba MORA
   LABOR CONTRACTING; SUNNYCAL
15 FARMS, INC., a corporation; SUNNYCAL
   FRUIT SALES, INC., a corporation; CARL J.
16 BUXMAN, individually and dba
   SUNNYCAL FARMS and SUNNYCAL
17 LAND MANAGEMENT,

18              Defendants.
   _____/
19
   AND RELATED COUNTER-CLAIM.
20 _____/

21         Plaintiff INSURANCE CORPORATION OF NEW YORK ("INSCORP") requests of the

22 Court additional time in which to submit the closing documents in this matter, pursuant to a

23 settlement reached before the Court on July 26, 2005.

24         This request is based on the fact that State Compensation Insurance Fund, who is funding the

25 settlement on behalf of Defendants SUNNY CAL, et al., has requested actual photocopies of

26 INSCORP's tax identification documents for verification and issuance of the settlement draft in this

27 matter.  This information has now been provided to State Compensation Insurance Fund and it is

28 anticipated that the settlement draft should be forwarded within 30 days.  For this reason, INSCORP

---

1 | respectfully requests that the Court extend an additional 45 days, up to and including October 21,
2 | 2005, to INSCORP for the submission of closing papers in this matter.
3 | Dated:  September 7, 2005                            FARMER, MURPHY, SMITH & ALLISTON

5 | By___/s/_____
   |           Blane A. Smith

7 | **ORDER**

8 | GOOD CAUSE APPEARING THEREFORE, the Court extends to October 21, 2005, the time permitted for the parties to this matter to complete and file the appropriate closing documents confirming settlement and dismissal of this action.

11 | DATED: September 7, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

15 | Ddad1/orders.civil/inscorp0126.eot

- 2 -
REQUEST FOR EXTENSION OF TIME TO FILE CLOSING DOCUMENTS